UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ASSOCIATION OF INDEPENDENT PROPERTY BROKERS AND AGENTS, INC.,

Plaintiff,

-vs-	Case No. 5:13-cv-342-Oc-10PRL

ANTHONY FOXX, in his official capacity as SECRETARY, DEPARTMENT OF TRANSPORTATION, and FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION,

Defendants.
_____/

## O R D E R

This is an action for declaratory judgment brought against the Defendants by the Plaintiff challenging recent amendments to 39 U.S.C. § 13906(b) (Doc. 8).  Count I is brought under the Declaratory Judgment Act and seeks a declaration that the recent amendments violate the Plaintiff's substantive due process rights.  Count II seeks declaratory relief under the Administrative Procedures Act, and asserts that the recent amendments violate various provisions of the APA.

On October 17, 2013, the Court directed the Parties to file briefs no later than October 24, 2013 addressing the question of whether this case should be transferred to the Eleventh Circuit Court of Appeals (Doc. 13).  The Parties filed their briefs on October 24, 2013 (Docs. 14-15).  The Parties agree that the case – or at least Count II – should be transferred to either the Eleventh Circuit Court of Appeals or the District of Columbia Circuit Court of Appeals.  The

Defendant's response, however, also appears to assert a motion to dismiss Count II for lack of jurisdiction, and discusses issues which the Plaintiff has not addressed in its brief (Doc. 14).

Accordingly, within ten (10) days from the date of this Order, the Plaintiff is directed to file a supplemental response to the Defendant's brief.  The Plaintiff's supplemental response should address, among other things:  (1) whether Count II should be dismissed for the reasons set forth in the Defendant's brief; (2) whether the Plaintiff should refile this action in the appropriate Court of Appeals; (3) whether this Court can and should proceed on Count I if Count II is either dismissed or transferred; and (4) whether in the event the Court transfers Count II to the appropriate Court of Appeals, the Court should also transfer Count I.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 29 day of October, 2013.

_____

PHILIP R. LAMMENS
United States Magistrate Judge


Copies to:      Counsel of Record